IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00518-LTB-MEH

PHILIP BUTLER,

    Plaintiff,

v.

JAMES BUTIERRAS, [in his] personal capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2006.**

    Plaintiff's request for service of process [Filed June 6, 2006; Docket # 10] is **denied** as moot. In his Complaint, the Plaintiff named the Defendant in his "personal capacity," but failed to provide an address for service of process. Despite Plaintiff's *in forma pauperis* status, he must supply the information necessary to identify the Defendant to be served. *See generally Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). As with all civil lawsuits in this Court, regardless of the status of the parties, it is neither the role nor the responsibility of the Court, or the U.S. Marshal Service, to investigate the whereabouts or to locate parties to a lawsuit for service of process. However, the Court has directed that service be attempted at the general address for the Colorado Springs Police Department (Docket #11). If service at that address is not successful, the Plaintiff will be required to supply a current address for the Defendant.