**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00518-LTB-MEH

PHILIP BUTLER,

       Plaintiff,

v.

JAMES BUTIERRAS, [in his] personal capacity,

       Defendant.
_____

**ORDER**
_____

The above matter is before me upon the recommendation of the Magistrate Judge that Plaintiff's Complaint in this action be dismissed with prejudice for failure to comply with the Court's July 13, 2006 Order. Plaintiff has filed specific written objections to the Magistrate Judge's recommendation. I have therefore reviewed the recommendation *de novo*. Upon such *de novo* review, I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that the above-captioned action is DISMISSED.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED:   September 12, 2006