IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   06-cv-00518-LTB-MEH

PHILIP BUTLER,

                    Plaintiff,

v.

JAMES BUTIERRAS,

                    Defendant.

## ORDER

Upon issuance of the mandate from the Tenth Circuit Court of Appeals dated February 26, 2007 in the above captioned matter, this case is re-referred to Magistrate Judge Michael E. Hegarty pursuant to the Order of Reference dated May 3, 2006.

BY THE COURT:


    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: February 28, 2007