IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00518-LTB-MEH

PHILIP BUTLER,

    Plaintiff,

v.

JAMES BUTIERRAS, [in his] personal capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2007.**

    Plaintiff's Bill of Cost [Filed February 14, 2007; Docket #45] filed in this Court is identical to that which he filed with the Court of Appeals for the Tenth Circuit on the same date. *See Butler v. Butierres*, Case No. 06-1407 (10th Cir. 2007). The Court of Appeals denied the request by their Order filed on March 2, 2007, under a finding that the Plaintiff was not a "prevailing party" and therefore, an award of costs was not appropriate. Accordingly, the Bill of Cost as it is filed in this Court is denied as **moot.**