IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00518-LTB-MEH

PHILIP BUTLER,

    Plaintiff,

v.

JAMES BUTIERRAS, [in his] personal capacity,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2007.**

    Plaintiff's Motion For Leave to Amend Complaint on the Above Case Number [Filed May 1, 2007; Docket #62] is **denied** as moot, because it is identical in form and substance to Plaintiff's Motion For Leave to Amend Complaint on the Above Case Number [Filed May 2, 2007; Docket #64]. Defendant is to calculate his response time for this motion based upon the filing date of Docket #64.